| AO 10<br>Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2006 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Wilkinson, III, J H | 2. Court or Organization<br><br>4th US Circuit Ct of Appeals | 3. Date of Report<br><br>05/10/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>   magistrate judges indicate full- or part-time)<br><br>U. S. Circuit Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☒ Annual   ☐ Final<br><br>5b.  ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>255 W. Main Street Rm. 230<br>Charlottesvile, Va. 22902 | 8. On the basis of the information contained in this Report and any<br>   modifications pertaining thereto, it is, in my opinion, in compliance<br>   with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ ||

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | I will receive no salary from my former employer the University of VA LaW School. There will be no continuing participation in any benefit plan (cntd Part 8) |
| 2. | |
| 3. | |

RECEIVED 2007 MAY 11 A 10: 52 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkinson, III, J H | 05/10/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS *— transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkinson, III, J H | 05/10/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

X  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

X  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkinson, III, J H | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TRUST # 1 | | | | | | | | | |
| 2. Albemarle Corp Common Stock | | | | | Inheritance | 4/5 | J | | From ▇▇▇ Trust |
| 3. Albemarle CorpCommonStock | A | Dividend | K | T | | | | | |
| 4. Altria Group, Inc. Common | | | | | Inheritance | 4/5 | K | | From ▇▇▇ Trust |
| 5. Altria Group, Inc. Common | B | Dividend | K | T | | | | | |
| 6. Bellsouth Corp Common Stock | C | Dividend | M | T | | | | | |
| 7. Deere & Co. Common Stock | | | | | Inheritance | 4/5 | K | | From ▇▇▇ Trust |
| 8. Deere & Co. Common Stock | C | Dividend | M | T | | | | | |
| 9. Dupont E I De Nemours & Co. Common Stock | | | | | Inheritance | 4/5 | K | | From ▇▇▇ Trust |
| 10. Dupont E I De Nemours & Co Common Stock | C | Dividend | M | T | | | | | |
| 11. Duke Energy Corp Common | | | | | merger | 4/3 | L | | |
| 12. Duke Energy Corp. New Common Stock | | | | | Inheritance | 4/6 | K | | From ▇▇▇ Trust |
| 13. Duke Energy Corp New Common Stock | D | Dividend | M | T | | | | | |
| 14. General Electric Co. Common Stock | | | | | Inheritance | 4/5 | K | | From ▇▇▇ Trust |
| 15. General Electric Co. Common Stock | D | Dividend | M | T | | | | | |
| 16. Hewlett Packard Common Stock | | | | | Inheritance | 4/5 | K | | From ▇▇▇ Trust |
| 17. Hewlett Packard Common Stock | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkinson, III, J H | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Johnson & Johnson Common Stock | | | | | Inheritance | 4/5 | K | | From ▇▇▇ rust |
| 19. Johnson & Johnson Common | A | Dividend | K | T | | | | | |
| 20. Lilly Eli & Co Common Stock | B | Dividend | L | T | | | | | |
| 21. Media General Inc. Common Stock | A | Dividend | K | T | | | | | |
| 22. Proctor & Gamble Co. Common Stock | | | | | Inheritance | 4/5 | K | | From ▇▇▇ Trust |
| 23. Proctor & Gamble Co. Common | | Dividend | | T | Sold | 7/11 | J | E | |
| 24. Proctor & Gamble Co Common Stock | D | Dividend | N | T | | | | | |
| 25. Providence & Worcester RR Common Stock | A | Dividend | L | T | | | | | |
| 26. Royal Dutch Petro Shell Com. Common Stock | | | | | Inheritance | 4/5 | K | | From ▇▇▇ Trust |
| 27. Royal Dutch Petro Shell Co Common STock | C | Dividend | M | T | | | | | |
| 28. Schering Plough Corp Common Stock | A | Dividend | L | T | | | | | |
| 29. SunTrust Banks Inc. Common Stock | | | | | Inheritance | 4/5 | L | | From ▇▇▇ Trust |
| 30. SunTrust Banks Inc. Common Stock | B | Dividend | L | T | | | | | |
| 31. Weyth Common Stock | B | Dividend | L | T | | | | | |
| 32. STI Classic Fd-Large Cap Relative Val I-shs | | | | | Inheritance | 4/27 | J | | From ▇▇▇ Trust |
| 33. STI ClassicFd-Large Cap Relative Val I-Shs | C | Dividend | M | T | | | | | |
| 34. STI Classic Fd-Sm Cap Growth I-shs | | | | | Inheritance | 4/27 | J | | From ▇▇▇ Trust |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkinson, III, J H | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. STI Classic Fd-Sm Cap Growth I-shs | A | Dividend | L | T | | | | | |
| 36. STI Classic Sm Cap Val I-shs | A | Dividend | K | T | | | | | |
| 37. STI Classic Fd Intl Equity I-shs | | | | | Inheritance | 4/27 | J | | From ▆▆▆Trust |
| 38. STI Classic Fd Intl Equity I-shs | B | Dividend | L | T | | | | | |
| 39. STI Classic Fd Cap Apprec. I-shs | | | | | Inheritance | 4/27 | J | | From ▆▆▆Trust |
| 40. STI Classic Fd Cap Apprec. I-shs | A | Dividend | J | T | | | | | |
| 41. STI Classic Fd-Aggressive Growth I-shs | A | Dividend | L | T | | | | | |
| 42. STI Classic Fd. - Va. Inter Muni Bd Fd I-shares | | | | | Inheritance | 4/27 | L | | From ▆▆▆Trust |
| 43. STI Classic Fd - Va Muni Bd Fd I Shares (became InterMuni) | | | | | merger | 8/1 | L | | |
| 44. STI Classic Fd - Va Inter Muni Bd Fd I Shares | E | Interest | O | T | | | | | |
| 45. STI Classic Fd - Va. Tax Free MM Fd I Shares | | | | | Inheritance | 4/5 | J | | From ▆▆▆Trust |
| 46. STI Classic Fd Va. Tax Free MM Fd I Shares | | | | | Inheritance | 6/27 | J | | From ▆▆▆Trust |
| 47. STI Classic Fd - Va Tax Free MM Fd I Shares | | | | | Inheritance | 11/28 | N | | From ▆▆▆Trust |
| 48. STI Classic Fd - Va Tax Free MM Fd I Shares | E | Interest | N | T | | | | | |
| 49. | | | | | | | | | |
| 50. IRA # 1 (holdings -all mutual funds- include items #51-85) | | | | | | | | | |
| 51. STI Classic Fd - Large Cap Value Equity C | | | | | Sold | 10/30 | K | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkinson, III, J H | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. STI Classic Fd - Capital Appreciation | | | | | Sold | 10/30 | J | B | |
| 53. STI Classic Fd - Short Term Treasury | | | | | Sold | 10/30 | J | A | |
| 54. STI Classic Fd - LTD Term Fed Mortgage SE | | | | | Sold | 10/30 | J | A | |
| 55. Dreyfus/Laurel Fds Prem SmallCap Val CL R | | | | | Buy | 10/30 | J | | |
| 56. Dreyfus/Laurel Fds Prem SmallCap Val CL R | | | | | Buy | 12/22 | J | | |
| 57. Dreyfus/Laurel Fds Prem SmallCap Val CL R | A | Dividend | J | T | | | | | |
| 58. Goldman Sachs Tr Emerging Mkts Equity I-CL | | | | | Buy | 10/30 | J | | |
| 59. Goldman Sachs Tr Emerging Mkts Equity I-CL | | | | | Sold | 12/22 | J | A | |
| 60. Goldman Sachs Tr Emerging Mkts Equity I-CL | A | Dividend | J | T | | | | | |
| 61. Pimco Commodity RealReturn Strategy Fd Ins | | | | | Buy | 10/30 | J | | |
| 62. Pimco Commodity RealReturn Strategy Fd Ins | | | | | Buy | 12/22 | J | | |
| 63. Pimco Commodity RealReturn Strategy Fd Ins | A | Dividend | J | T | | | | | |
| 64. Rowe T Price Real Estate Fd com | | | | | Buy | 10/30 | J | | |
| 65. Rowe T Price Real Estate Fd com | A | Dividend | J | T | | | | | |
| 66. STI Classic Fd - Large Cap Relative Val I-shs | | | | | Buy | 10/30 | K | | |
| 67. STI Classic Fd - LargeCap Relative Val I-shs | | | | | Sold | 12/22 | J | | |
| 68. STI Classic Fd - LargeCap RelativeVal I-shs | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkinson, III, J H | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. STI Classic Fd - Sm Cap Growth Stk I-shs | | | | | Buy | 10/30 | J | | |
| 70. STI Classic Fd - Sm Cap Growth Stk I-shs | A | Dividend | J | T | | | | | |
| 71. STI Classic Fd - Intl Equity I-shs | | | | | Buy | 10/30 | J | | |
| 72. STI Classic Fd - Intl Equity I-shs | A | Dividend | J | T | | | | | |
| 73. STI Classic Fd - Mid Cap Equity I-shs | | | | | Buy | 10/30 | J | | |
| 74. STI Classic Fd - Mid Cap Equity I-shs | A | Dividend | J | T | | | | | |
| 75. STI Classic Fd - Cap Apprec I-shs | | | | | Buy | 12/22 | J | | |
| 76. STI Classic Fd - Cap Apprec I-shs | A | Dividend | K | T | | | | | |
| 77. STI Classic Fd - Aggressive Growth Stk I-shs | | | | | Buy | 10/30 | J | | |
| 78. STI Classic Fd - Aggressive Growth Stk I-shs | A | Dividend | J | T | | | | | |
| 79. STI Classic Fd - Emerging Growth Stk I-shs | | | | | Buy | 10/30 | J | | |
| 80. STI Classic Fd - Emerging Growth Stk I-shs | A | Dividend | J | T | | | | | |
| 81. STI ClassicFd - Large Cap Quan Equity I-shs | | | | | Buy | 10/30 | J | | |
| 82. STI Classic Fd - LargeCap Quan Equity I-shs | A | Dividend | J | T | | | | | |
| 83. STI Classic Fd - Mid Cap Value Equity I-shs | | | | | Buy | 10/30 | J | | |
| 84. STI Classic Fd - Mid Cap Value Equity I-shs | A | Dividend | J | T | | | | | |
| 85. STI Classic Fd - Prime Quality MMKT I-shs | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkinson, III, J H | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | | | | |
| 87. TRUST # 2 | | | | | | | | | |
| 88. Albemarle Corp Common Stock | A | Dividend | J | T | | | | | |
| 89. Bellsouth Corp BLS Group Common Stock | A | Dividend | K | T | | | | | |
| 90. Du pont E I Nemours & Co.Common Stock | A | Dividend | K | T | | | | | |
| 91. Duke Energy Corp New Com | A | Dividend | K | T | | | | | |
| 92. Hewlett Packard Com | A | Dividend | L | T | | | | | |
| 93. Johnson & Johnson Com | B | Dividend | L | T | | | | | |
| 94. Jefferson Pilot Corp Com (became Lincoln) | | | | | Cash-Merger | 4/17 | K | E | |
| 95. Lincoln Natl Corp Ind Com | D | Dividend | N | T | | | | | |
| 96. Royal Dutch Petro Shell Common Stock | A | Dividend | K | T | | | | | |
| 97. Schering Plough Corp Com | A | Dividend | K | T | | | | | |
| 98. Wyeth Com | A | Dividend | K | T | | | | | |
| 99. IShares Tr S&P Sm Cap 600 Value Index Fd | A | Dividend | K | T | | | | | |
| 100. STI Classic Fd - LargeCap Relative Val I-shs | B | Dividend | L | T | | | | | |
| 101. STI Classic Fd - Sm Cap Growth Stk I-shs | A | Dividend | K | T | | | | | |
| 102. STI Classic Fd - Intl Equity I-shs | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkinson, III, J H | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. STI Classic Fd - Aggressive Growth Stk I-shs | A | Dividend | K | T | | | | | |
| 104. STI Classic Fd - Va Inter Mun Bd I-shs | A | Interest | K | T | | | | | |
| 105. STI Classic Fd - Va Tax Free MM I-shs | B | Interest | K | T | | | | | |
| 106. | | | | | | | | | |
| 107. DEPOSIT ACCOUNTS | | | | | | | | | |
| 108. SunTrust Interest Checking #1 | A | Interest | J | T | | | | | |
| 109. SunTrust Checking #2 | | None | J | T | | | | | |
| 110. | | | | | | | | | |
| 111. TRUST # 3 | | | | | | | | | |
| 112. STI Classic Fd - Va Tax Free MM I-shs | E | Interest | P1 | T | | | | | |
| 113. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part 2: Parties and Terms Re: I will rec, contd....provided by the University although past pension benefits are vested. My mortgage was provided at a favorable rate available to faculty members and had to be refinanced within 6 mo. of leaving the University. The mortgage was paid in full 02/09/1985.

-------------------------------------------------------------------------------------------

The IRA was transferred from SunTrust Investments to SunTrust Bank in September of 2006. All changes to the holdings are reflected in VII as appropriate. The overall asset allocation was expanded to include various asset classes, in a diverse group of mutual funds, to include SunTrust Bank funds (STI Classic) and other mutual funds (commonly used within the industry).

-------------------------------------------------------------------------------------------



On the ███ of my ███ in 1990), he established an ███ trust. My ███ and SunTrust Bank, formerly Crestar Bank, were the CoTrustee's.

My ███ irrevocable trust created two trusts, ███ Trust ███ and ███ Trus ███ which were each funded on 5/31/05. My ███ was the income beneficiary of these two trusts for ███ lifetime.

As a result of the death of my ███ on 2/9/06), the ███ Trust was divided and distributed to my ███ and myself in accordance with the terms of the document. The ███ Trust was part of my ███ and after ███ the trust received a step up in the cost basis on all securities. Those securities were then liquidated and put into a money market account (cash). After the ███ rust paid its share of the Federal Estate Transfer Tax, it was divided and distributed to my ███ and me in accordance with the language in the document. They were both closed in late 2006.

Based on the above events, I have inherited individual securities, mutual funds and cash from the ███ Trust and cash from the ███ Trust. With respect to a particular holding, I have listed the inherited amount first. The line below the inherited amount reflects the total amount of the holding (as of 12/31/06), including the inherited amount. In some cases, the inherited amount comprises the entirety of the holding.

-------------------------------------------------------------------------------------------

Trust # 3
This trust represents my ███ evocable trust, which became Irrevocable at ███ death (2/9/06). It is currently referred to as ███ Trust and is awaiting final IRS approval. Once this approval is received, it will be divided into two shares which will later become individual trusts for my ███ and me. All of the holdings were liquidated and the only asset in this ███ Trust is a money market cash position.

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkinson, III, J H | 05/10/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatur█████████████████████ Date _May 10, 2007_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544